1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   **JULIO CESAR MARTINEZ-SANCHEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO.1:10-CR-00375LJO** |
| ) | |
| Plaintiff, ) | **ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |
| ) | |
| v. ) | |
| ) | |
| JULIO CESAR MARTINEZ-SANCHEZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The status conference in this case currently scheduled for December 19, 2011 at 1:00 p.m. is continued to January 9, 2012 at 1:00 p.m. before the Honorable Judge Lawrence J. O'Neill. Time is excluded. Good cause is established.

1 | IT IS SO ORDERED.
2 | Dated:    December 14, 2011          /s/ Lawrence J. O'Neill
　|                                      UNITED STATES DISTRICT JUDGE